

# NUMBER 13-11-00440-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ARCADE JOSEPH COMEAUX JR.,**                **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                **APPELLEE.**

---

### On Appeal from the 359th District Court
### of Montgomery County, Texas.

---

# Order

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

On June 20, 2013, this Court issued a memorandum opinion affirming appellant's conviction and sentence.[1]   *See Comeau v. State,* No. 13-11-00440-CR, 2013 WL 3203143 (Tex. App.—Corpus Christi June 20, 2013, pet. filed).   The appellant filed a

---

[1] This case was transferred from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

petition for discretionary review on October 25, 2013. Counsel for appellant has now filed a motion to permanently abate this appeal based on the death of appellant, Arcade Joseph Comeaux Jr. Appellant died on November 13, 2013, while his petition for discretionary review was pending before the Court of Criminal Appeals.

Texas Rule of Appellate Procedure 7.1(a)(2) provides that "[i]f the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated." TEX. R. APP. P. 7.1(a)(2). This Court has not issued its mandate in this appeal. Accordingly, we grant the motion and order the appeal permanently abated.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of January, 2014.